## TOM PAYNE & ASSOCIATES, PLLC
ATTORNEYS AT LAW
280 Rue Petit Bois
Post Office Box 4956
Biloxi, Mississippi 39535

THOMAS E. PAYNE

DIANE E. PAYNE

TELEPHONE: 228-388-0007
FAX: 228-388-3177
PARALEGAL

August 5, 2008

Mr. Charles Marshall
President
Forrest County Board of Supervisors
P.O. Box 1310
Hattiesburg, MS  39403

Mr. Billy McGee
Sheriff of Forrest County
316 Fourth Street
Hattiesburg, MS  39401

Re:   Notice of Intent to Sue

Dear Sirs:

This letter is to advise that my client will institute a claim against the Forrest County Board of Supervisors and Mr. Billy McGee as Sheriff of Forrest County, Mississippi, for assault and battery, false arrest, and violation of the civil and constitutional rights of Mr. Willie Charles Breland. Mr. Breland's residence at the time of the injury and at the present time is 111 Barnes Circle, Hattiesburg, MS  39401.

On December 15, 2007, Captain Glen Moore entered the Climax Bar and arrested Mr. W. C. Breland. The Climax Bar was owned and operated by Mr. W. C. Breland, and he was not engaged in criminal activity at the time of the injury and his unlawful arrest. Mr. Breland's rotator cuff was injured during the arrest. Captain Moore acted in reckless disregard for the safety and well-being of Mr. Breland. Mr. Breland was never brought to trial and was never allowed due process of law to substantiate his innocence. Further, his clientele was harassed upon exiting the Climax Bar, and this caused economic loss to his business. The harassment of his clientele was a result of the unconstitutional malicious, arbitrary, and capricious actions of the Forrest County Sheriff's Office.



STATE OF MISSISSIPPI

COUNTY OF HARRISON

### **AFFIDAVIT OF DAVID WHITE**

PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the aforesaid jurisdiction the within named AFFIANT, Joseph Davis, who after first being duly sworn, deposes and states upon his oath the following, to-wit:

1. My name is David White. I am above the age of 21 and have personal knowledge of the facts set forth in this Affidavit. I am competent in all respects to make this Affidavit. I, David White, have known W. C. Breland for more than twenty years, and I have worked with him on different jobs. On Thursday, December 15, 2007, I was working as bartender for W. C. Breland at the Climax Bar. I had worked for Mr. Breland at the Climax lounge for more than twenty years.

2. On the night of December 15, 2007, several Forrest County deputy sheriff cars arrived. Five or six deputies got out of their cars and waited outside the bar. Deputy Glenn Moore came into the bar and watched while I served a customer. At approximately 12:05 a.m. I sold a wine cooler to a female. Deputy Moore then came around the bar and placed me under arrest for selling beer after midnight. I was handcuffed and brought to the Forrest County Jail. I was booked and bonded out. I later pleaded guilty by paying a fine for selling beer after midnight.

3. During the trip to the jail Deputy Moore stopped to assist another sheriff's unit, and I asked him to loosen the handcuffs. He refused to loosen them.

4. During the trip to the jail, Deputy Moore began questioning me about particulars of the business, and I told him that I just worked there and did not know that it was against the law to sell after 12:00. He said that W. C. does not care about nobody but himself and he needed to be shut down. I believe the car that was stopped was from the Climax Bar.

5. Further, Affiant sayeth not.

This the 13th day of August, 2009.

_____
David White

STATE OF MISSISSIPPI
COUNTY OF HARRISON

Personally appeared before me, the undersigned authority in and for the aforesaid jurisdiction, the within named David White, who, after first being duly sworn, stated on his oath that he has personal knowledge of the matters and things stated in the above and foregoing and that the matters and things stated therein are true to the best of his knowledge and belief.

_____
David White

Sworn to and subscribed before me, this the 13th day of August, 2009.

_____
Notary Public

My Commission Expires: 11-6-2012

Thomas E. Payne, MSB # 4073
Tom Payne & Associates, PLLC
280 Rue Petit Bois
Biloxi, MS 39535
228-388-0007
228-388-3177